■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE RODGERS, Appellant. [978 NYS2d 707]—

Concur—Sweeny, J.P., Renwick, Andrias, Freedman and Feinman, JJ.